**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 06-6087**

───────────

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

        versus

AMAR KHALID ABED,

                                  Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:97-cr-00024-sgw-3)

───────────

Submitted: May 16, 2006                    Decided: May 23, 2006

───────────

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Amar Khalid Abed, Appellant Pro Se.  Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amar Khalid Abed seeks to appeal his conviction and sentence pursuant to 18 U.S.C. § 3742 (2000) on the grounds that his sentenced was imposed "in violation of law" in light of the decision in United States v. Booker, 543 U.S. 220 (2005). In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered judgment on August 27, 1998. The notice of appeal was filed on December 19, 2005. Because Abed failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -